**Order filed, May 30, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00216-CR

———————

### FRED  LOUALEX RODGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCR-206134**

## ORDER

The reporter's record in this case was due **May 10, 2019**.  *See* Tex. R. App. P. 35.1.  On May 10, 2019 the court reporter filed a motion for extension of time which was granted until **May 24, 2019**. The court has not received a request to extend time for filing the record.  The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kelly D. Kelly**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM